# United States Court of Appeals
## For the First Circuit

Nos. 06-1720, 06-2228

YVETTE LOCKHART-BEMBERY,

Plaintiff, Appellant/Cross-Appellee,

v.

DANIEL SAURO,

Defendant, Appellee/Cross-Appellant,

TOWN OF WAYLAND POLICE DEPARTMENT; ROBERT IRVING, in his capacity
as Chief of the Wayland Police Department,

Defendants.

**ERRATA SHEET**

The opinion of this Court issued on August 9, 2007, is amended as follows:

Page 1, line 13: change "attorney's" to "attorneys'"
Page 9, footnote 4, line 3: remove "he" before "[Sauro]"
Page 20, penultimate line: change "attorney's" to "attorneys'"